UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LAKISHA T SMITH,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STELLAR RECOVERY, INC;**<br>**COMCAST CORPORATION;**<br>**COMCAST OF DETROIT, LLC,**<br><br>**Defendant(s).** | Case No. 2:15-cv- 11717-SJM- MKM<br><br>**AFFIDAVIT OF**<br>**STEPHEN A. THOMAS INDEX OF**<br>**AUTHENTICATED EXHIBITS IN**<br>**SUPPORT OF MOTION FOR PARTIAL**<br>**SUMMARY JUDGMENT** |

STATE OF MICHIGAN    )
                                          )ss.
COUNTY OF WAYNE   )

STEPHEN A. THOMAS, upon being first duly sworn and upon oath, states and alleges as follows:

1. I am the Plaintiff's attorneys in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. I make this affidavit upon my personal knowledge of the facts set forth herein.

3. I am of the age of majority, suffer no legal disability, and I am competent to testify to the matters stated herein if called to do so.

4. I make this affidavit and its accompanying Index of Authenticated Exhibits in support of Plaintiff's Motion for Partial Summary Judgment.

5. I am competent to testify to these matters from my personal knowledge.

6. The following facts in this affidavit would be admissible in evidence.

7. Plaintiff hereby submits the following Index of Authenticated Exhibits in support of the Motion for Summary Judgment:

## INDEX OF AUTHENTICATED EXHIBITS

8. **Exhibit 1** attached hereto is a true and correct copy of June 15, 2016 Deposition Transcript of Kevin Stark, Director of Product Management of Livevox, Inc.

9. **Exhibit 2** attached hereto is a true and correct copy of Livevox, Inc.'s Architecture Diagram of Dialing Systems.

10. **Exhibit 3** attached hereto is a true and correct copy of May 18, 2016 Deposition Transcript of Kendra Vallarelli, Chief Analytics Officer of Defendant Stellar Recovery, Inc.

11. **Exhibit 4** attached hereto is a true and correct copy of June 14, 2016 Deposition Transcript of Rachel Frady, Chief Compliance Officer of Defendant Stellar Recovery, Inc.

12. **Exhibit 5** attached hereto is a true and correct copy of Metro PCS Call Log.

13. **Exhibit 6** attached hereto is a true and correct copy of FCC 2015 Declaratory Ruling and Order.

14. **Exhibit 7** attached hereto is a true and correct copy of Defendant Stellar Recovery, Inc. Responses to Request for Admissions.

15. **Exhibit 8** attached hereto is a true and correct copy of Bankruptcy Notice of Chapter 7 Bankruptcy Case.

14. **Exhibit 7** attached hereto is a true and correct copy of Defendant Stellar Recovery, Inc. Responses to Request for Admissions.

15. **Exhibit 8** attached hereto is a true and correct copy of Bankruptcy Notice of Chapter 7 Bankruptcy Case.

16. **Exhibit 9** attached hereto is a true and correct copy of Defendant Stellar Recovery, Inc.'s Comcast Call Log.

17. **Exhibit 10** attached hereto is a true and correct copy of Plaintiff's Screenshots of calls received after lawsuit.

18. **Exhibit 11** attached hereto is a true and correct copy of LinkedIn Profile of Tyler Parisi, National Account Executive of Defendant Stellar Recovery, Inc.

I declare under the penalty of perjury that the foregoing is true and correct.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: July 12, 2016        Signed: _____
                                    STEPHEN A. THOMAS

Subscribed and sworn to before me this
12th day of July 2016.

_____
Notary Public

BOBBY J. FRIERSON
Notary Public, State of Michigan
County of Wayne
My Commission Expires Nov. 26, 2018
Acting in the County of Wayne

My commission expires _____.

3