# Exhibit 1

June 15, 2016 Deposition Transcript of Kevin Stark, Director of
Product Management of Livevox, Inc.

# VSM REPORTING, LLC



## DEPOSITION of **KEVIN STARK**

**Date:** June 15, 2016

**Case:** LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

**Reporter**: Joanna L. Chavez

VSM REPORTING, LLC
Phone: 303-979-0959
Email: vsmrpr@gmail.com
Internet: vsmreporting.com

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

Court File No. 2:15-cv-11717-SJM-MKM

_____

DEPOSITION OF KEVIN STARK                    June 15, 2016

_____

LAKISHA T. SMITH
Plaintiff,

v.

STELLAR RECOVERY, INC;
COMCAST CORPORATION;
COMCAST OF DETROIT LLC
Defendants.

_____

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

2

```
 1   APPEARANCES:
 2   STEPHEN A. THOMAS
     Consumer Rights Attorney
 3   645 Griswold Street, Suite 1360
     Detroit, Michigan 48226
 4   313.965.2265
     SThomas@313965BANK.com
 5        Appearing on behalf of Plaintiff
 6   NATHANIEL P T READ
     Cohen & Gresser LLP
 7   800 Third Avenue
     New York, New York 10022
 8   212.957.7069
     nread@cohengresser.com
 9        Appearing on behalf of LiveVox, Inc.
10   ALISON EMERY
     CHELSEY PANKRATZ
11   Assurance Law Group, P.A.
     3731 Hendricks Avenue
12   Jacsonville, Florida 32207
     904.497.4904
13   alison@assurancelawgroup.com
     chelsey@assurancelawgroup.com
14        Appearing on behalf of Stellar Recovery, Inc.
15   MARK MALLAH
     Corporate Counsel LiveVox Inc.
16   450 Sansome
     San Francisco, California 94111
17   415.675.1061
     mmallah@livevox.com
18        Appearing on behalf of LiveVox via telephone
19
20
21
22
23
24
25
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

3

1          Pursuant to Notice and the Michigan Rules of

2    Civil Procedure, the deposition of KEVIN STARK, taken

3    by Plaintiff, was held at 2 West Dry Creek Circle,

4    Littleton, Colorado, on Thursday, June 15, 2016, at

5    12:15 p.m. before JoAnna L. Chavez, Court Reporter, and

6    Notary Public for the State of Colorado.

7

8                     TABLE OF CONTENTS

9    EXAMINATION                                    PAGES

10   By Mr. Thomas                               4, 60

11   By Mr. Read                                    --

12   By Ms. Emery                                   54

13   By Ms. Pankratz                                --

14   By Mr. Mallah                                  --

15   EXHIBITS                                      PAGE

16   14            Diagram of LiveVox                9

17   15            Stellar Recovery Log              8

18   16            Call Flows                       42

19   PREVIOUSLY MARKED EXHIBITS

20   5             Stellar Recovery Log             53

21   7             MetroPCS Call Details            52

22

23

24

25

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

4

```
 1                    KEVIN STARK,
 2  being first duly sworn in the above cause, was examined and
 3  testified as follows:
 4          MR. THOMAS:  My name is attorney Stephen Thomas,
 5  I represent the plaintiff in this matter, Ms. Smith.  I
 6  would like everybody in the room to introduce themselves,
 7  except for the court reporter, please.
 8          MS. PANKRATZ:  Chelsey Pankratz for Stellar
 9  Recovery.
10          MS. EMERY:  Alison Emery for Stellar Recovery.
11          MR. READ:  Nathaniel Read for LiveVox, Inc., and
12  witness, Mr. Stark.
13          MR. THOMAS:  On the telephone?
14          MR. MALLAH:  Mark Mallah from LiveVox.
15          MR. THOMAS:  Thank you all.
16                    EXAMINATION
17  BY MR. THOMAS:
18      Q    You're under oath, you understand that?
19      A    Yes, sir.
20      Q    Could you state your name and spell your last
21  name for the record?
22      A    My name is Kevin Stark, S-t-a-r-k.
23      Q    And today I'm going to assume that you're not
24  under any medication, drug, or alcohol that would prevent
25  you from testifying truthfully today?
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

5

```
 1         A     No, sir.
 2         Q     Let's go over a couple rules.  I'm going to ask
 3   you a series of questions, if you're able to respond, I'm
 4   going to assume that you heard the question and you
 5   understood the question.  Fair enough?
 6         A     Yes, sir.
 7         Q     Do you live here in Denver?
 8         A     I live in Highlands Ranch.
 9         Q     Have you always lived in this area?
10         A     No.
11         Q     Where are the other places that you have lived?
12         A     I lived in Chandler, Arizona, and a few different
13   places in Southern California, primarily Thousand Oaks.
14         Q     Any place else?
15         A     No, sir.
16         Q     What's your age?
17         A     I am 35.
18         Q     And last ten years, have you been convicted of a
19   felony?
20         A     No, sir.
21         Q     What is your highest level of education?
22         A     I have a bachelor's degree.
23         Q     From where?
24         A     California State University of Northridge.
25         Q     And when did you receive your bachelor's degree?
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

6

1       A    Summer of 2004.

2       Q    2004.  What was the degree again?

3       A    Business administration with an emphasis in

4    management.

5       Q    Where do you work now?

6       A    I'm currently employed by LiveVox, Inc.

7       Q    And what is your position at LiveVox?

8       A    I'm the director of product management.

9       Q    And what is your responsibility as director of

10   product management?

11      A    Primarily, responsible for taking requirements

12   from customers, other LiveVox stakeholders, determining

13   whether or not they should become part of the product

14   sweep, and, if so, working with our engineering group to

15   build out those products.

16      Q    Now, there was an objection that was filed by

17   Mr. Read and in the objection in our conference we agreed

18   that you would be able to provide testimony for the LiveVox

19   outbound dialing systems that were made between the period

20   of July 2014 through October 2014.  Are you able to provide

21   that testimony today?

22      A    Yes, I am.

23      Q    Now, you know we all came out here to Denver

24   because of you?

25      A    Yes, I'm aware of this.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

7

1       Q     Did you review any documents in light of your

2    testimony today?

3       A     Yes.

4       Q     What did you review?

5       A     I reviewed a call-detail report showing some

6    phone calls in question and some other documents related to

7    the type of messaging activity that were used for the calls

8    in question.

9       Q     What was that document?  If you can recall?

10      A     The call-detail report.

11      Q     That's what it's called?

12      A     No.  I believe it was a phone -- what we call a

13   phone-lookup report.

14      Q     Phone-lookup report?

15      A     Yes, sir.

16      Q     All right.  Anything else?

17      A     I was -- I saw the subpoena and some other

18   documents provided by LiveVox related to the configuration

19   of the services used to make the calls in question.

20      Q     Do you have a copy of the phone-lookup report?

21      A     I do not.

22            MR. THOMAS:  Do you think you can get that to me?

23            MR. READ:  Do you mean the materials that we

24   produced?  That's what he's referring to.

25            MR. THOMAS:  That's what it is?

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

8

1           MR. READ:  Yes.  These were the materials that
2    were produced in response to the documents.
3           MR. THOMAS:  Understood.
4      Q    (By Mr. Thomas)  Now, between July 2014 through
5    October of 2014, what systems were used to dial phone
6    number 313-718-5938?
7      A    Can I see the documents?
8           MS. READ:  Do you have them for him, sir?  I did
9    happen to bring a copy, but I assume you would have them.
10          MR. THOMAS:  All right.  All right.
11     Q    (By Mr. Thomas)  I'm handing you what has been
12   previously marked as Plaintiff Exhibit 15.
13     A    Thank you, sir.  I'm sorry, sir, can you repeat
14   your previous question?
15          MR. THOMAS:  Can you read that last question
16   back, please.
17          (Requested portion of the transcript was read.)
18     A    Based on the document I'm reviewing, which I need
19   to note is dated 5/5/14 through 5/5/16, I'm not sure if
20   those are exactly the dates that you just said, related to
21   outbound calls made, I see calls that would have been made
22   through the LiveVox automated dialing system and separately
23   through the HCI outbound dialing system.
24     Q    (By Mr. Thomas)  When you say the automated
25   system, would that be the right person connect system?

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

9

1       A    Yes.

2       Q    So let's talk about those two systems.  I am

3  showing you what has been previously marked as

4  Plaintiff's Exhibit 14.  Do you recognize that?

5       A    Yes.  I am familiar with this document.

6       Q    And what is that document?

7       A    This is an architecture diagram outlining the

8  separation of LiveVox outbound dialing systems.

9       Q    Now, I had an opportunity to take a deposition of

10 one of the representatives from Stellar, and we left off

11 where -- and I wanted to start this question and answer

12 with Stellar upload numbers that campaign into LiveVox.

13 Are you familiar with what they do?

14           MS. EMERY:  Object to the form.  Mischaracterizes

15 testimony.

16      Q    (By Mr. Thomas)  You can answer.

17      A    I am not intimately familiar with Stellar's

18 particular operational processes, no.  I can talk about the

19 manner in which LiveVox can receive data from its

20 customers.

21      Q    (By Mr. Thomas)  That's fair enough.

22           MR. READ:  We just had a technical issue.  Can we

23 go off the record for a minute?

24           MR. THOMAS:  Yes.

25           (A break was taken from 12:25 p.m. to 12:29.)

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

10

```
 1              MR. THOMAS:  Back on the record.
 2        Q    (By Mr. Thomas)  Now, Mr. Stark, I want you to
 3   testify what you know about, and you were saying how your
 4   protocol is at LiveVox; is that correct?
 5        A    Correct.
 6        Q    Go ahead and tell me how it is.  How you receive
 7   the data?
 8        A    Generally speaking, clients will provide files
 9   containing customer information either via FTP, file
10   transfer protocol, over the Internet, or through a user
11   interface, we call the LiveVox voice portal.
12        Q    Now those systems that you just indicated, are
13   those -- is that a hardware that they're loaded into?
14        A    The system for storing customer information is a
15   combination of software and hardware.
16        Q    And where is that located?
17        A    There are -- LiveVox maintains multiple data
18   centers.
19        Q    Okay.
20        A    New York City, one in the northwest, it's a
21   hosted facility --
22        Q    You said northwest, do you mean --
23        A    Pacific northwest.
24        Q    Okay.
25        A    I think it is in, like, Seattle or Portland.
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

11

1      Q     Okay.

2      A     And another in Toronto.  Three separate data

3  centers servicing different customers.

4      Q     All right.  So Stellar uploads through the

5  Internet, or another portal, information to those servers,

6  hardware/software location that you just described?

7      A     That's correct.  To be clear, Stellar exists

8  entirely through the New York facility.

9      Q     Newark --

10     A     New York.

11     Q     Okay.  Now this software/hardware that you just

12  described, is any of the hardware located at Stellar?

13     A     No.

14     Q     None of that is there?

15     A     No.

16     Q     No hardware there?

17     A     That's correct.

18     Q     Is any of the software located at Stellar?

19     A     No.

20     Q     So LiveVox has the hardware and the software for

21  this campaign, correct?

22          MS. EMERY:  Object to the form.

23     A     I'm not sure what you mean by campaign.

24     Q     (By Mr. Thomas)  The HCI calling, the right

25  person connect calling, the automated calling systems, all

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

12

1  that is located with you at LiveVox?

2      A    LiveVox maintains all the hardware and software

3  for all of its systems.

4      Q    All right.  What hardware do you have?  What

5  computer systems?

6      A    There are many, many, many, systems and many

7  pieces of hardware within those systems that compromise the

8  overall LiveVox platform.

9      Q    Well, could you tell me which ones that you know

10  about?  IBM?  Dell?  Gateway?

11     A    Primarily, we use Dell servers.

12     Q    Okay.  Now, the Dell servers, are those

13  commercial-grade servers?

14     A    I couldn't say.  I would assume so, but that is

15  not my role, to provision the actual hardware.

16     Q    Is it not the hardware part of the system that

17  makes the calls?

18          MR. READ:  Object to the form.

19          MS. EMERY:  Join.

20     A    The calls are -- depending on the type of

21  outbound dialing system we're talking about, the call is

22  initiated by a combination of potentially human

23  intervention, hardware, software, all working together.  So

24  I'm not sure -- I don't know how to answer that question.

25     Q    (By Mr. Thomas)  I'm just trying to find out what

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

13

1   kind of grade this system is.  Is it commercial grade, or,

2   like, residential grade?

3        A    This is -- I think it is safe to say that all

4   equipment at LiveVox is enterprise-commercial grade, meant,

5   not consumer-grade equipment.

6        Q    Now how -- how is the connection between

7   Stellar -- strike that.

8             Between Stellar and the New York, how does it get

9   from point A to B?

10       A    Over the public Internet.

11       Q    Okay.  And how many miles is that between the

12   two?

13       A    I don't know.

14       Q    Okay.  Would it be fair to say that we are

15   talking about Jacksonville, Florida up to New York?

16       A    Our facility is in New York City.  I'm not

17   familiar with all the locations of Stellar.  I'm familiar

18   with Kalispell, Montana, and Jacksonville, Florida, I

19   believe.

20       Q    Do you get information from both of the Stellar

21   locations?

22       A    I don't know.

23       Q    Is there any software -- you indicated that

24   there's software that's housed with LiveVox, correct?

25       A    That's correct.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

14

1      Q     Now when we look at the software and the hardware
2   and Stellar uploads it, is that software-hardware able to
3   store the information?
4            MR. READ:  Objection to the form.
5            MS. EMERY:  Join.
6      A     There are systems, not outbound dialing systems,
7   but there are systems that LiveVox designed to store
8   information provided by our customers, yes.
9      Q     (By Mr. Thomas)  Okay.  So would your equipment
10  at LiveVox, would it be able to store phone numbers during
11  the right-person-connect campaign?
12     A     During the right person -- the RPC or right party
13  connect --
14     Q     Yes.
15     A     -- dialed through the automated dialing system?
16     Q     Yes.
17     A     Yes.
18     Q     So those numbers are stored on your software
19  and/or hardware, correct?
20     A     Can you repeat the question?
21     Q     Those numbers, phone numbers or data, is stored
22  on your software and/or your hardware?
23            MR. READ:  Objection to the form.
24     A     They are stored on LiveVox servers, yes.
25     Q     (By Mr. Thomas)  Now with the HCI, which is the

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

15

 1    human call initiator, that campaign, is your equipment that
 2    we just spoke about, is it able to store the information
 3    that has been uploaded to it?
 4         A     No, it does not.  Cannot and does not.
 5         Q     Why can't it store a phone number?
 6         A     Because it was designed to not do so.
 7         Q     Does it have the capacity to store numbers?
 8         A     No, it does not.
 9         Q     Okay.  So that software cannot store a number, is
10    that what you're saying?
11         A     That is what I said, yes.
12         Q     So somebody can't go in there and program that
13    software/hardware to store a number?
14         A     That is correct.
15               MR. READ:  Objection.
16         Q     (By Mr. Thomas)  And why was that?
17         A     Because it was designed in opposition of that.
18    It was designed and built, I should say, to not store any
19    phone numbers.
20         Q     And there is no way that it can have the capacity
21    in the future if I reconfigured it to store numbers?
22         A     That's correct.
23         Q     Why is that?
24         A     Because it was designed in opposition of that.
25    The system would have to be completely torn down and

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

16

1   rebuilt as something new for any number storage to be

2   present.

3       Q    So according to your testimony, it can be torn

4   down, reconfigured to store numbers?

5           MR. READ:  Objection.  Calls for speculation.

6       A    No, I would not say it that way at all.  No.  The

7   system would have to be destroyed and something new

8   constructed.  HCI cannot store numbers with any -- there is

9   nothing that can be added, activated, deactivated to that

10  system that would allow for number storage within the HCI

11  dialing system.

12      Q    (By Mr. Thomas)  Now looking at Exhibit No. 14,

13  do you see where it says, File input from the manager?

14      A    I see this.

15      Q    Okay.  And then it goes from the file input to

16  the campaign database, correct?

17      A    I see that, yes.

18      Q    Okay.  And that campaign database, exactly what

19  is that?

20      A    It's a server-running database-management

21  software.

22      Q    Okay.  And does that campaign database, is it

23  able to store numbers?

24      A    The campaign database can store numbers, yes.

25      Q    And where is that located?

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

17

1        A      The physical server would be located in

2    New York City.

3        Q      So the campaign database in New York has the

4    capacity to store phone numbers, correct?

5        A      That's correct.

6        Q      And it does?

7        A      And it does.

8        Q      And that's in New York City, correct?

9        A      Correct.

10       Q      All right.  Now the automated Queuer Dialer, it

11   gets information from the campaign database, correct?

12       A      The automated system gets information from the

13   campaign database, yes.

14       Q      And the Preview-All Queuer gets it from the

15   campaign database, correct?

16            MR. READ:  I'm just going to object, it's outside

17   the scope, but if you know the answer, go ahead.

18       A      I don't -- I would have to speculate.

19       Q      (By Mr. Thomas)  I'm looking at a Preview-All

20   accounts, and it shows a purple line going to the

21   Preview-All.

22            MR. READ:  Is there a question?

23       Q      (By Mr. Thomas)  So the Preview-All gets it from

24   the campaign database, correct?

25            MR. READ:  Same objection.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

18

1        A    I don't know.

2        Q    (By Mr. Thomas)   The Preview-All Queuer has to

3   get information from somewhere to function, correct?

4        A    Correct.

5        Q    Okay.  Where does it get its information?

6        A    From the agent initiating the calls.  I would

7   like to correct my previous statement.  The Preview-All

8   system will store numbers from the campaign database, yes.

9        Q    Okay.  There is a line from the campaign database

10  to the HCI Queuer, correct?

11       A    I see the blue line, yes.

12       Q    All right.  And we already established that the

13  campaign database has the capacity to store numbers?

14       A    Campaign database has the capacity to store

15  numbers, yes.

16       Q    And those stored numbers appear to then go to the

17  HCI Queuer?

18       A    I see the line, and I see the similarity to the

19  line, the purple line for Preview-All.  I think that that

20  is an incorrect depiction of the architecture of the

21  platform.

22       Q    And why is that?

23       A    Because the HCI dialing system does not store

24  numbers whatsoever.

25       Q    Now it shows that the -- there's Queuer 110, 111,

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

19

1   112, above the HCI Queuer.  Do you see that?

2        A    I do.

3        Q    And it appears to be three boxes, do you see

4   that?

5        A    I do.

6        Q    What's represented by those three boxes?

7        A    Those are intended to depict Queuer server

8   instances.

9        Q    Okay.  So the Queuer server would be able to

10  store numbers, correct?

11       A    No, that's not correct.  Not in the HCI dialing

12  system, no.

13       Q    No, in the Queuer?

14       A    Queuer is a generic component within the

15  platform, across the platform.  The Queuer instances within

16  the HCI cloud do not have any capacity to store numbers

17  whatsoever.

18       Q    And it's my understanding, and correct me if I'm

19  wrong, that there is a clicker or a Queuer who looks at a

20  number and clicks it for a campaign.  Are you familiar with

21  that?

22       A    I would not use those terms, clicker and Queuer

23  synonymously, they are very different.

24       Q    Okay.  What would you describe it as?

25       A    Could you ask the question again?  I'm not sure I

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

20

```
 1    understood the question.

 2        Q    Sure.  My understanding is that at Stellar

 3    there's a person who clicks on a number, a phone number,

 4    and it gets sent to you to be dialed.  Is that a fair

 5    statement?

 6        A    There is a clicker agent who is responsibile for

 7    initiating calls, yes.

 8        Q    And he or she clicks on a phone number, correct?

 9        A    They click on a screen with an imagine that is

10    depicting a phone number to be dialed, yes.

11        Q    And that number is stored in the software at

12    Stellar?

13        A    No, there's no software at Stellar.

14        Q    Well, what are they clicking on?  They see a

15    number, correct?

16        A    They do see a number.

17        Q    Well, if they see a number, isn't that number

18    being stored in some software at Stellar?

19        A    No, it's not.

20        Q    How does it appear on the screen?

21        A    It's being stored in the campaign database, and

22    it's presented to the agent via the ACD.

23        Q    What is the ACD?

24        A    The ACD stands for automated call distribution --

25    excuse me -- automated call distributor.
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

21

1      Q      Okay.  So the number is in the automated call

2  distributor?

3      A      That's correct.

4      Q      So the ACD has the capacity, and it, in fact,

5  does store numbers?

6      A      The ACD presents the numbers to the agent based

7  on the data, which is stored in the campaign database.

8      Q      So it stores numbers?

9      A      The campaign database stores numbers.

10     Q      What about the ACD?  Does it have the ability to

11  store numbers?

12     A      Yes.

13     Q      Okay.  So when the -- what's the term that you

14  use for the person who clicks on the number?  What do you

15  call that person?

16     A      I call them the clicker agent or the call

17  originator.

18     Q      The clicker agent, let's use that.

19     A      I'm comfortable with that term.

20     Q      All right.  When the clicker agent clicks on a

21  number, that number is stored where?  In the ACD and also

22  in the campaign database?

23     A      Storage is solely limited to the campaign's

24  database for number storage.

25     Q      And where is the -- repeat your answer.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

22

1          MR. READ:  That's all right.  You can read it.

2          (Requested portion of the transcript was read.)

3     Q    (By Mr. Thomas)  Are there numbers stored in the

4  ACD?

5     A    There are no numbers stored in the ACD in any

6  type of persistent storage.

7     Q    When you say, Persistent storage, what do you

8  mean?

9     A    Meaning hard drives written to disc, like, what

10  would exist in a database.

11     Q    But it does store, correct?

12     A    When we say numbers, I assume we're meaning

13  telephone numbers, may maintain them in memory for the

14  purpose of presenting them to the agent.

15     Q    And that's storage, correct?

16          MR. READ:  Objection to form.  You can answer.

17     A    Depends on how you want to define storage.

18     Q    (By Mr. Thomas)  How do you define storage?

19     A    Persistent versus in memory, temporary storage.

20     Q    Okay.  What's persistent memory?

21     A    Persistent would be a hard drive used to store a

22  file for some period of time.  In memory would be ram used

23  to store something for a very short period of time at which

24  point it's lost.

25     Q    Where is the ACD located, physically located?

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

23

```
 1       A     In the New York data center.

 2       Q     Now, during the HCI campaign -- during July and

 3  October, that period of time, how many calls were

 4  generated, using that system through Stellar, per day?

 5       A     I have no -- I don't know that information.  I

 6  have no idea.

 7       Q     You have no idea?

 8       A     I don't know.

 9       Q     At the beginning of the testimony, you indicated

10  that you would be able to indicate the outbound dialing

11  system used, and you don't know the number of calls that

12  were done on a day-to-day basis?

13       A     I don't know the number of calls made on a daily

14  basis across all systems, across all of our clients, or

15  even just Stellar in particular.

16       Q     Okay.  The system what -- what's the most it can

17  generate on a day-to-day basis?

18       A     Can you rephrase that question?

19       Q     Okay.  Using the HCI system, what's the most

20  calls that can be generated that LiveVox will send to

21  customers?

22            MR. READ:  Objection to the form.

23       A     I don't know that there is a limit.

24       Q     (By Mr. Thomas)  Okay.  So it's unlimited?

25       A     I didn't say that, but I don't know what the
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

24

1    limit would be.

2         Q    Okay.  What about on the RPC, the right person

3    connect, do you know the number that can be dialed on a

4    day-to-day basis with that system?

5         A    I don't know that number.

6         Q    Now it's fair to say that during the campaign

7    none of the employees from Stellar would be in New York,

8    they would be at their own location, correct?

9         A    I think that is safe to say, yes.

10        Q    So they would be working remotely, correct?

11             MR. READ:  Objection to form.

12             MS. EMERY:  Objection to form.

13        A    They don't need to be in New York to be

14   interacting with LiveVox.  Where they are is completely up

15   to Stellar.

16        Q    (By Mr. Thomas)  So it's done remotely, correct?

17        A    Remote to New York City?

18        Q    Yes.

19        A    It could be anywhere.

20        Q    Right.  So it can be done, and it's done

21   remotely.  It's not done in New York City, correct?

22        A    Stellar agents are not in our facility in

23   New York City.

24        Q    So they are accessing the equipment remotely?

25        A    Correct.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

25

1          Q     All right.  Now the equipment that you have in

2    New York on the campaign, that equipment was paid for by

3    LiveVox, right?

4                MR. READ:  Can you repeat that question, if you

5    want him to answer that?  You can have her read it back.

6                MR. THOMAS:  Yeah, sure.

7                (Requested portion of the transcript was read.)

8                MR. READ:  Object to the form.  You can answer.

9          A     Can you clarify the use of, On the campaign?

10         Q     (By Mr. Thomas)  The campaign for Stellar that

11   used the HCI, the right party connect, that equipment is

12   not owned by Stellar, it is owned by LiveVox, and they

13   purchased that equipment?

14         A     To the best of my knowledge, LiveVox purchased

15   all their own equipment, that's correct.

16         Q     Now, it indicates on Exhibit 14, Media server

17   pool, can you explain that?  What is that?

18         A     The media server is a component of the LiveVox

19   platform that interfaces with the carriers that LiveVox

20   uses.

21         Q     And where is it located?

22         A     New York.

23         Q     Now do you see the column that has Manual, HCI

24   Preview-All, and Automated?  Do you see that column?

25         A     I see four different systems, yes.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

26

1     Q     And those are not located in New York, are they?

2     A     All equipment is located in New York.

3     Q     So the equipment in New York -- and I'm referring

4  to the entire system, if you will, which would include the

5  ACD, the campaign database, and the media server pool; can

6  we refer to that as the dialing system?

7           MR. READ:  Objection to the form.

8     A     Definitely not.

9     Q     (By Mr. Thomas)  What do you call it?

10    A     The platform.

11    Q     The platform?  Okay.  So we will use it as the

12 platform?

13    A     Actually, I would like to correct that.  I

14 consider this -- my vernacular would be, this is a

15 collection of distinct dialing systems.

16    Q     And each of the dialing systems is used as the

17 media server pool, correct?

18          MR. READ:  Objection to the form.

19    A     I believe, actually, that presently, each system,

20 each outbound dialing system connects to a distinct and

21 separate media server pool despite what this document

22 shows.

23    Q     (By Mr. Thomas)  What about July 2014 through

24 October 2014?  How was the system set up then?

25    A     I'm not sure.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

27

```
 1        Q    Okay.  So the dialing systems have the capacity
 2   to produce numbers, correct?
 3             MR. READ:  Object to form.
 4             MS. EMERY:  Object to form.
 5        Q    (By Mr. Thomas)  How do the numbers get to the
 6   carrier?
 7             MR. READ:  Objection to form.
 8        A    Which dialing system are you referring to?
 9        Q    (By Mr. Thomas)  You can go through each one of
10   them.
11        A    So in the manual dialing system, an agent enters
12   a full ten-digit number, completely manually, initiates a
13   dialing request, which is then sent to the media server.
14        Q    Okay.  The agent enters the ten-digit number,
15   correct?
16        A    Correct.
17        Q    And the agent then clicks on that number,
18   correct?
19        A    They type in the ten-digit number and hit enter,
20   or click dial, but they enter the full -- all ten digits
21   and then initiate the call.
22        Q    Okay.  So the agent is -- strike that.
23             The numbers are entered into the system once, and
24   then the agents click on those numbers, correct?
25             MR. READ:  Objection to the form.
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

28

1      A    If we are still referring to the manual outbound
2  dialing system, no.
3      Q    (By Mr. Thomas)  So every time they make a phone
4  call, it is your testimony that they put in the ten-digit
5  number every single time?
6      A    Within the manual dialing system, every dial is
7  entered all ten digits every time, 100 percent of the time,
8  yeah.
9      Q    What about the HCI?
10     A    Within the HCI system, the calls are launched via
11  click by the clicker agent.
12     Q    So they were already placed in the system by an
13  agent, correct?
14     A    No.
15     Q    Well, how did they get into the system?
16     A    They were presented to the agent via the ACD.
17     Q    How did they get into the ACD?
18     A    From the campaign's database.
19     Q    So somebody put them in the campaign database,
20  correct?
21     A    That's correct.
22     Q    And then they look at the ACD and then click on
23  the number, correct?
24          MR. READ:  Objection to form.
25     A    The agent is only logged into the ACD.  The agent

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

29

```
 1    is logged into the ACD, they are presented with numbers and
 2    given the decision whether or not to launch the call.  If
 3    they do, then the request is sent into the HCI dialing
 4    system.  The request is sent by the agent to the HCI
 5    dialing system.
 6         Q    (By Mr. Thomas)  Okay.
 7         A    But as I stated earlier, there are never any
 8    numbers stored within the HCI outbound dialing system.
 9         Q    They are stored in the campaign database or the
10    ACD, correct?
11         A    That's correct.
12         Q    All right.  And then they're clicked at the HCI
13    level and then sent to LiveVox to be dialed?
14              MR. READ:  Objection.
15         A    I would not -- certainly not state it that way.
16         Q    (By Mr. Thomas)  How would you state it?
17         A    The agent is presented with numbers to dial from
18    the ACD.  If the agent chooses to launch the call, the
19    agent's request is then sent to the HCI system.
20         Q    Which is a one click?
21         A    That is one click.
22         Q    And it is sent where?
23         A    To the HCI -- the request to dial request is then
24    sent to the HCI outbound dialing system.
25         Q    And how fast does that take?
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

30

1        A     How fast does what take?

2        Q     The time that the agent clicks on the number, and

3    it is sent outbound?

4        A     Less than a second.

5        Q     So theoretically the agent could click several

6    times, and it would be sent out?

7              MR. READ:  Object to the form.

8        A     I didn't understand the question.

9        Q     (By Mr. Thomas)  Okay.  The agent can literally

10   sit at his or her station and click numbers to be sent out

11   rapidly.  Within five seconds, they can do 20?

12       A     The clicker agent does rapidly launch calls via a

13   single click, yes.

14       Q     When you say, Rapidly launch, tell me what that

15   means?

16       A     So the ACD will present numbers to the clicker

17   agent based upon the availability, and only based on the

18   availability of what we call closer agents.  If there are

19   closer agents -- and closer agents are defined as agents

20   who will speak with the customer.

21             If there are closer agents available, the ACD

22   will present numbers to the clicker agent, and the clicker

23   agent can decide whether or not to launch that call.

24       Q     So if there's no agents available, the numbers

25   won't be sent over to the HCI clicker, correct?

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

31

```
 1      A    That's correct.
 2      Q    Okay.  Is it conceivable that the HCI at Stellar
 3  can launch 3,500 clicks in a day?
 4           MR. READ:  Objection to the form.
 5      A    Can you repeat the question?
 6      Q    (By Mr. Thomas)  Is it conceivable that the
 7  agent, the clicker agents as a group, can launch 3,500
 8  clicks per day in an eight-hour period?
 9           MR. READ:  Objection to the form.
10      A    I still don't understand if we're talking about
11  one agent or many agents.
12      Q    (By Mr. Thomas)  Okay.  The system, the HCI
13  system with its agent, can launch 3,500 calls in a given
14  day, eight-hour period, correct?  The system can handle
15  that?
16      A    The system could -- the system could handle 3,500
17  calls in a day if there were adequate inventory, if there
18  were enough agents, there are a lot of variables that go
19  into kind of estimating any of those productivity metrics.
20      Q    But it could be done, correct?
21           MR. READ:  Objection to the form.  I believe he
22  just answered that.  Do you have anything to add to your
23  last answer?
24           THE DEPONENT:  I don't.  Do you guys mind if we
25  took five?
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

32

 1            MR. THOMAS:  No problem.
 2            (A break was taken from 1:05 p.m. to 1:11 p.m.)
 3            MR. THOMAS:  Back on the record.
 4      Q    (By Mr. Thomas)  If I can ask you this:  How long
 5  have you worked for LiveVox?
 6      A    My start day was approximately December 1st,
 7  2007.
 8      Q    Thank you.  Just so I'm clear, on Exhibit 14,
 9  from the ACD and the campaign database all the way over to
10  the media server, all of that hardware/software is in
11  New York, correct?
12      A    That's correct.
13      Q    And would it be fair to say that the ACD, the
14  campaign database, the HCI, the Preview-All, and automated
15  and media server on different campaigns all work together?
16      A    No, certainly not.
17      Q    The ACD and the HCI and the media server pool,
18  they work together, do they not?
19      A    I wouldn't say it that way.  I would say that
20  through agent activity, information is sent between the
21  systems, but I wouldn't say that they communicate with each
22  other per se.
23      Q    If you took out the HCI -- if you took that piece
24  out of the equation, there would be no numbers that would
25  be able to be dialed or sent to the carrier by the media

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

33

```
 1    server, correct?
 2              MR. READ:  Objection to the form.
 3        A    Can you ask that another way?
 4        Q    (By Mr. Thomas)  Okay.  So we got the ACD and the
 5    HCI and the media server pool.  If the HCI had a failure, a
 6    system failure, then there would be no way that numbers
 7    would be dialed, connected for the consumer, correct?
 8        A    If the HCI dialing system went down completely,
 9    then the entire HCI dialing system would be down and no HCI
10    calls would go out.
11        Q    Okay.  And if the media server pool went down,
12    then -- and HCI was still up and running, there would be no
13    way to generate calls on the HCI system, correct?
14        A    If the media server pool were down completely,
15    then any attempt to launch calls through the HCI -- the HCI
16    dialing system would be unable to reach the carriers.
17        Q    And if the ACD went down, power failure went
18    down, heaven forbid some terrorist or something like that,
19    then the HCI would not be able to launch numbers or send
20    numbers to the media server pool?
21              MR. READ:  Objection to the form.
22        A    If ACD went down, there would be no agent
23    activity to launch -- to trigger HCI calls.
24        Q    (By Mr. Thomas)  So you have to have the ACD up
25    and running, the HCI up and running, and the media server
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

34

1    pool up and running to generate calls using that system,

2    the ACI system, correct?

3        A    All three of the systems you just mentioned must

4    be up and operational in order for the HCI dialing system

5    to function.

6        Q    All right.  And now, could the campaign database

7    go down or does it have to be up and running to have the

8    HCI campaign working?

9        A    Campaign database is necessary as well to

10   communicate between the campaign database and ACD.

11       Q    So to launch on the HCI, you have to have the

12   campaign database up and running, you have to have the ACD

13   up and running, you have to have the HCI Queuer up and

14   running, and you have to have the media server pool up and

15   running to launch calls using the HCI system, correct?

16       A    That's correct.

17       Q    To have the right person connect up and running,

18   you would have to have the campaign database up and

19   running, correct?  You would have to have the right party

20   connect up and running, Queuer up and running, the ACD up

21   and running, and the media server up and running for it to

22   launch the right party connect?

23       A    I wouldn't say it that way.

24       Q    How would you say it?

25       A    In order for the automated outbound dialing

Case 2:15-cv-11717-SJM-MKM   ECF No. 38-2   filed 07/12/16   PageID.573   Page 37 of 64
DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.
35

1    system to function, the campaign database would need to be

2    alive, active; the Queuer within the automated dialing

3    system would need to be up and running; the media servers

4    would need to be up and running.  ACD is not necessarily

5    required in all instances, yeah.

6        Q    Okay.  Now the automated system, that's an

7    automated-telephone-dialing system, correct?

8            MR. READ:  Objection.  Calls for a legal

9    conclusion.

10       Q    (By Mr. Thomas)  If you can, go ahead and answer.

11       A    I'm not able to answer that.

12       Q    Okay.  It's a predictive dialing, correct?

13       A    It has predictive functionality, yes.

14       Q    Has predictive functionality, which makes it a

15   predictive dialing?

16       A    The automated dialing system, I'm comfortable

17   saying, is a predicted dialer, yes.

18       Q    Okay.  So just so I'm clear, what needs to be up

19   for the HCI system to work?

20       A    As I believe I just said, the campaign's database

21   needs to be alive and healthy, the ACD needs to be alive

22   and healthy, the servers within the HCI dialing system

23   itself need to be alive and healthy, the media server pool

24   needs to be alive and healthy.

25       Q    Okay.  Now, there were no manual calls made to

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

36

```
 1   Ms. Smith during this campaign, correct?
 2        A    Can I look at the document one more time?
 3        Q    Absolutely.
 4             MR. THOMAS:  Let's go off the record.
 5             (Recess from 1:19 p.m. to 1:20 p.m.)
 6             MR. THOMAS:  Back on the record.
 7        Q    (By Mr. Thomas)  So there were no manual campaign
 8   calls as it relates to my client, Ms. Smith?
 9        A    All of the HCI calls are manually initiated by a
10   human being.  But if we're talking about manual as this
11   separate outbound dialing system in Exhibit 14, then no
12   there were no manual -- let me rephrase.  There were no
13   dials that I can see from this report that went through the
14   manual outbound dialing system.
15        Q    So when my client's number was dialed, nobody
16   cued in, you know, 3, 1, 3, 7, 1, 8, 5, 9, 3, 8, send?
17        A    That's correct.
18        Q    So how -- how are the lines connected from
19   Stellar to New York, be it just the Internet?
20        A    I'm not -- LiveVox offers a variety of ways for
21   the agent to audio -- to be established between the agent
22   and New York.  I don't know exactly how Stellar is
23   configured.
24        Q    Now the equipment in New York, and I refer to it
25   as the dialing system, I think you call it the platform;
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

37

```
 1    what do you feel comfortable calling it?
 2         A    The platform.
 3         Q    The platform in New York, does it have the
 4    capacity to broadcast a certain caller ID number?
 5         A    Each of the outbound dialing systems has the
 6    capacity to broadcast a caller ID with the outbound calls.
 7         Q    Does the platform have the capacity to block
 8    outbound calls for numbers that are listed on the federal
 9    do not call list?
10              MS. EMERY:  Object to the form.
11              MR. READ:  Same.
12         A    It's not -- that's not a service that LiveVox
13    offers, no.
14         Q    (By Mr. Thomas)  That wasn't my question.  Does
15    the platform have the capacity to detect numbers that are
16    on the federal do not call list?
17         A    If a client were to provide us with that list and
18    all the phone numbers in it, then each of the independent
19    dialing systems could -- yes, each of these separate
20    dialing systems could look at that DNC, or do not call
21    list, provided by our client and block numbers.
22         Q    Block numbers?
23         A    Block dials.
24         Q    Block dials.  Okay.  Does the platform have the
25    capacity to block dials or make calls to certain time
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

38

1   zones?  For example, can it block calls made to a certain

2   time zone before 9 a.m.?

3       A     Each of the outbound dialing systems has the

4   capacity to -- has the ability to block dials that are

5   outside of client-defined windows, yes.  Each of the

6   systems does.

7       Q     How many lines does LiveVox dedicate for the

8   campaigns with Stellar?

9       A     We don't define capacity per client, it's a

10  shared-resource model.  So Stellar, for example, isn't

11  assigned X number of lines or trunks or anything like that.

12      Q     How many lines or trunks does LiveVox have?

13      A     I don't know that.

14      Q     More than five?

15      A     Oh, yes.

16      Q     More than 50?

17      A     Yes.

18      Q     More than 500?

19      A     Yes.

20      Q     Stop me any time.  More than a thousand?

21      A     Yes.

22      Q     More than two thousand?

23      A     Yes.

24      Q     Well, I don't want to keep going.  Just tell me.

25      A     I would say, if I were estimating, because I do

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

39

1    not have first-hand knowledge of this, in excess of 20,000.

2         Q    The servers in New York, are they rack-mounted?

3         A    I have never been to the New York facility, but I

4    believe they are, yes.

5         Q    So they're expandable.  The equipment in

6    New York, you can add to it to make it larger, increase the

7    capacity?

8         A    We can add additional services needed to manage

9    business, yes.

10        Q    Is there a security system for the equipment in

11   New York?

12        A    Yes.

13        Q    Locks on doors?

14        A    Again, I have never been there.  My understanding

15   is that it is state of the art.

16        Q    Okay.  Alarm systems?

17        A    I would assume.

18        Q    Is there -- if a power failure happened at

19   LiveVox, is there a backup power system for the platforms?

20        A    There are multiple backups for power.

21        Q    Now, when there is a connect using the platform,

22   does the platform have the capacity to detect whether or

23   not it's a live person or not?

24             MR. READ:  Objection to form.

25        A    I cannot use the word "platform" in that context.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

40

1   I can say that the outbound dialing systems -- hold on.

2   Yes -- all right.  Each of the outbound dialing systems has

3   the capacity to determine if a live connect is reached.

4        Q    (By Mr. Thomas)  All right.  Do the outbound

5   dialing systems have the capacity to detect whether it's

6   reached a voicemail?

7        A    I apologize, I misspoke, I need to clarify my

8   last answer.

9        Q    Please.

10       A    To the best of my knowledge, it is the media

11  server outside of the dialing system which performs live

12  answer and voicemail detection.

13       Q    So the media server has the capacity to determine

14  whether it's a live person or not?

15       A    Yes.

16       Q    And the media server has the capacity to

17  determine whether or not it has reached a voicemail or not?

18       A    It has that capacity.

19       Q    And it has the capacity to determine whether or

20  not it's reached an answering machine or not?

21       A    That's correct.

22       Q    It has the capacity to determine whether the

23  phone that's reached is busy?

24       A    Yes.

25       Q    Now, when there is --

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

41

```
 1       A    I'm sorry.  I need to clarify.  For busy
 2  detection, the media server does not do that, the carrier
 3  will respond to us and say, this number is busy.
 4       Q    All right.  Just like the outbound dialing
 5  systems are able to not make calls before 9:00 or after
 6  8:00 at night, does it have the capacity to do scheduled
 7  dialing?
 8       A    No.
 9       Q    So the automated system can't be configured to do
10  scheduled dialing, like call at this time, at 2:00 in the
11  afternoon?
12       A    It is not part of the function of the dialing
13  system.
14       Q    So it doesn't have the capacity to be configured
15  to do that?
16       A    It does not.
17       Q    Does LiveVox provide training to Stellar?
18       A    I can't speak to what we have given them.  I know
19  LiveVox has a training department.
20       Q    Okay.  Once there is a connect, the outbound
21  dialing system hits a live person -- a live consumer, it
22  then has the capacity to route the number to an agent?
23       A    No.
24       Q    How does the -- how does the call, once there is
25  a connect, get to the agent at Stellar?
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

42

```
 1       A    That's the function of the ACD, the automated
 2   call distributor.
 3       Q    So when there's a live person, the ACD then
 4   directs it to an agent?
 5       A    Well, once a live person is detected, ACD is
 6   notified and an agent is selected.
 7       Q    And the outbound dialing system, does it have the
 8   capacity to leave a message?
 9       A    It depends on which outbound dialing system we
10   are talking about.
11       Q    I'm only talking about capacity now.
12       A    Understood.
13       Q    So which dialing systems have the capacity to
14   leave a message?
15       A    Just the automated outbound dialing system.
16       Q    Outbound dialing system, what are you referring
17   to?
18       A    I'm sorry if I misspoke.  The automated outbound
19   dialing system is the only one with the capacity to trigger
20   any type of prerecorded message.
21       Q    I'm showing you what has been previously marked
22   as Plaintiff's 16.  Do you recognize that?
23       A    I do.
24       Q    And this -- would you agree with me -- let's go
25   to page 3.  Let me know when you're there.
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

43

1      A      I'm at the page entitled, Skill, Comcast HCI
2  50808.
3      Q      And before we get there, what is Exhibit 16?
4      A      This appears to be four pages outlining what I
5  would refer to as call flows for RPC, inbound, HCI, and
6  another inbound payment-line service.
7      Q      Okay.  And this -- these -- this Exhibit 16 are
8  LiveVox records, correct?
9      A      I'm not sure how you define LiveVox records.  I
10 believe these were provided by LiveVox at your request.
11     Q      So they are LiveVox business records, correct?
12     A      That's probably a fair statement, yes.
13            MR. READ:  We would so stipulate.  That's not
14 controversy.
15     Q      (By Mr. Thomas)  Now, the RPC is configured to
16 follow the flow chart on page 1, correct?
17     A      Correct.
18     Q      And going to page 3, the HCI is configured to
19 follow this flow chart, correct?
20     A      Correct.
21     Q      And with the HCI, the call is started, and if it
22 reaches an answering machine, the call is ended?
23     A      That is correct, although I need to state one
24 thing to be clear.  This is the call flow, this is what the
25 flow could be.  This isn't to say that on every single HCI

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

44

1  dial that was made on the record here, answering machine

2  detection was enabled.  Client could have enabled it, they

3  may have disabled it, I can't say that for certain.  If it

4  were enabled, then yes you would see this call flow.

5      Q    And it's your testimony that the call flow, when

6  there is no answering machine, it goes to an operator

7  transfer, which is the agent, correct?

8      A    That's correct.

9      Q    And the software on the Comcast HCI was

10 configured this way so that it would not leave a

11 prerecorded message on the answering machine, correct?

12          MR. READ:  Objection to the form.

13     A    There are several layers of protection

14 architected within the HCI outbound dialing system to

15 ensure there is no prerecorded or artifical messages left

16 by that outbound dialing system.

17     Q    And that was deliberately done not to leave

18 prerecorded messages on answering machines?

19     A    Prerecorded messages on answering machines or to

20 live people, prerecorded or artifical messages of any kind

21 at all.  They are absolutely forbidden within the HCI

22 outbound dialing system.

23     Q    And a programmer configured it to work that way,

24 correct?

25     A    Correct.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

45

1      Q    Okay.  And a programmer could have programmed it
2    to leave a message on an answering machine?
3           MR. READ:  Objection.  Calls for speculation.
4      A    No, because we told them not to.
5      Q    (By Mr. Thomas)  I understand that.  You told
6    them not to, and they didn't do that, but a programmer
7    could have programmed it to do that?
8      A    Sure.  When we built HCI, we could have built the
9    application, built the outbound dialing system such that
10   automated or prerecorded messages could have been left.  We
11   could have done that.  We did not, but we could have.
12     Q    Does the dialing -- outbound dialing system have
13   the capacity to scrub for cell phones prior to making
14   calls?
15     A    It is not a function of the outbound dialing
16   systems, no.
17     Q    I didn't ask its function, I asked if it has the
18   capacity?
19     A    No.
20     Q    So it doesn't have the capacity to be programmed
21   to read if there's a cell phone, not to allow it to go
22   through the automated system, it can't be configured to
23   stop that for any reason, TCPA reasons or any reason?
24           MR. READ:  Objection to the form.  Go ahead and
25   answer.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

46

1      A      The outbound dialing system does not have

2   cell-phone-scrubbing capacity -- does not nor could it.

3      Q      (By Mr. Thomas)  Once the call leaves the media

4   server pool going to the carrier, how long does it take to

5   connect with a customer?

6      A      It depends, and it's primarily based on how many

7   rings before the customer picks up the phone.

8      Q      To get the first ring, pretty quick?

9      A      I would believe so, yes.

10     Q      Once a party is connected, does the outbound

11  dialing systems have the capacity to place -- once the call

12  is answered, to place the customer on hold while the system

13  attempts to find an available agent?

14     A      Can you repeat the question?

15     Q      Yes.  Once the party is connected, once they

16  answer, does the system have the capacity to put the person

17  on hold while the system attempts to find an operator/rep

18  that's available?

19     A      No.  The outbound dialing systems don't do that.

20     Q      So if there is a connection and there is no

21  agents available, what happens to the call?

22     A      They would be placed on hold by the media server

23  pool, which is outside the outbound dialing system.

24     Q      So the media pool has the capacity to put the

25  customer on hold?

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

47

1      A     The media server pool has that capacity, yes.

2      Q     Does the media service -- server pool have the

3 capacity to play music?

4      A     For the automated outbound dialing system --

5      Q     No.  I'm just talking about the media server

6 pool, that equipment, does it have the capacity to play

7 music?

8      A     Yes.

9      Q     Does it have the capacity to be silent?

10     A     Yes.

11     Q     Does it have the capacity to have a 90-second

12 pause before it's transferred to an agent?

13     A     What do you mean by that?

14     Q     Okay.  We're just talking about capacity now.

15     A     Yeah.

16     Q     When the media server pool connects with a

17 customer, it has the capacity to play music, correct?

18     A     Yeah.  I need to amend my previous statement.  So

19 the media server pool, and remember this document, as I

20 already stated, I believe, is not indicative of present

21 architecture --

22     Q     Okay.  I don't want to cut you off, but I'm only

23 referring to what was going on in 2014?

24     A     Okay.  So the media server pool, to the best of

25 my knowledge, 2014, only had the capacity to play music --

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

48

1        Q     Music.

2        A     -- or any type of audio to the customer if it was

3   interacting with the automated dialing system.

4        Q     So would it be fair to say that it could be

5   configured to be silent, not to play the music?

6        A     The customer could configure that, yes.

7        Q     Could the customer configure it to have a

8   90-second transfer before it transferred to an agent to be

9   configured?

10       A     No.  I don't believe there is any way for a

11  customer or client of LiveVox to force some arbitrary hold

12  time if there was an agent available.

13       Q     So you are saying that it didn't have the

14  capacity to do a technique if there's a message that says,

15  Please hold, we have an important message for you, and then

16  that person holds for a certain period of time and then the

17  agent comes on?  Your testimony is that it does not have

18  that capacity?

19       A     I must have misunderstand your question.  For the

20  automated dialing system, that type of strategy is

21  possible, yes.

22       Q     Does the outbound dialing system have the

23  capacity to ring so many times before it disconnects?

24       A     Which outbound dialing system?

25       Q     Any of them.  For example, can it say, We'll ring

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

49

1    three times and we'll hang up, or we'll ring five times and

2    then hang up?

3         A    Yes, actually, they all do.  They all do.

4         Q    Does the outbound dialing system make mistakes,

5    such as, thinks it's a live person when, in fact, it is an

6    answering machine?

7              MR. READ:  Objection to the form.

8         A    There is no single outbound dialing system, there

9    are four distinct outbound dialing systems.  The

10   answering-machine detection and live-person detection is

11   actually done outside the dialing system by the media

12   server.

13        Q    Okay.  The media server --

14        A    And certainly it is not 100 percent accurate with

15   live-person detection.

16        Q    Does the outbound dialing system have the

17   capacity to distinguish between U.S. numbers and Canadian

18   numbers?

19        A    Each of the outbound dialing systems -- no, I

20   don't --

21        Q    You said -- let me ask this.  I live in Detroit.

22   Next to me is Windsor; their area code is 519, if you dial

23   519 plus seven digits, you're going to get a phone number

24   that is Canadian.  My question is:  Can your system be

25   programmed -- does it have the capacity to distinguish

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

50

1    between a U.S. number and a Canadian number?

2              MR. READ:  Objection to the form of the question.

3        A    That's not a feature or function of any of the

4    outbound dialing systems.

5        Q    (By Mr. Thomas)  I'm not saying what is a

6    feature, I'm saying, does it have the capacity to

7    distinguish between a U.S. number and a Canadian number?

8              MR. READ:  You use the word "capacity" a lot, and

9    I think you and the witness may have a different

10   definition.  You can answer if you can.

11       A    I don't know.  I don't believe so because there

12   is no purpose for the outbound dialing system based on the

13   functions that it provides to need to differentiate

14   between --

15       Q    (By Mr. Thomas)  What if a customer -- a client

16   had inadvertently put in a Canadian number, does your

17   system have the ability to catch it and say, Nope, that's a

18   Canadian number, I'm not going to dial.  Does it have the

19   capacity to do that?

20             MR. READ:  Object to the form.

21       A    The outbound dialing systems could catch an area

22   code and restrict that call from going out if the client

23   said they didn't want calls to that area to go out.

24       Q    (By Mr. Thomas)  So it has the capacity to

25   distinguish or block calls going out to Canada?

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

51

1           MR. READ:  Objection to the form.

2      A    If a client didn't want calls to go to Canada,

3  they could configure any of the outbound dialing systems to

4  not allow calls to go to Canada.

5      Q    So it can block -- it can be configured to block

6  numbers to Canada, correct?

7           MR. READ:  Objection to form.

8      A    Each of the outbound dialing systems has the

9  ability to block numbers to Canada if the client configured

10 it to do so.

11      Q    (By Mr. Thomas)  Now, the outbound dialing

12  systems or the platform, it could not work if there was no

13  data lines between Stellar and LiveVox?

14      A    Is that a question?

15      Q    Yes.

16      A    No, I wouldn't say that at all.

17      Q    So if we took connections from Stellar and

18  LiveVox, the system could keep on calling customers even

19  though there is no connection between Stellar and LiveVox,

20  is that your testimony?

21      A    The outbound dialing system could launch calls,

22  as I mentioned earlier, without ACD, without any agents.

23  None of the other systems, the manual outbound dialing

24  system, the HCI dialing system, or the Preview-All dialing

25  system could ever launch a call without that agent.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

52

1      Q    Because it's configured that way, correct?

2      A    Because it was architected that way.

3      Q    What do you mean by that?

4      A    Built that way.

5      Q    Built that way?

6      A    Built that way.

7      Q    So the HCI was built that way, so it would not

8    leave messages on -- prerecorded messages on answering

9    machines or with a live person, it was built that way?

10     A    HCI was architected and built to ensure that no

11   prerecorded automated messages were left to a live customer

12   or an answering machine, yes.

13     Q    I'm going to show you what has been previously

14   marked as Exhibit No. 7.  I'm going to represent to you

15   that Plaintiff's No. 7 are incoming calls from the I.D.

16   number that's represented by Stellar.  Okay?

17     A    Okay.

18     Q    All right.  And there are 49 incoming calls

19   represented on Plaintiff's No. 7.

20     A    Yes.

21     Q    Okay.  And then on Plaintiff's 15 -- do you have

22   15 over there?

23     A    I do have 15.

24     Q    Okay.  I believe -- this might make it a little

25   easier for you.  Let me just give you Plaintiff's No. 5.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

53

```
 1              MS. EMERY:  That's this, right?
 2              MR. READ:  No.
 3              MR. THOMAS:  She's right.  She's right.
 4              MR. READ:  It's different.  It might be
 5     subsequently the same but, it's different.
 6         Q    (By Mr. Thomas)  Do you see Plaintiff's No. 5?
 7         A    I do.
 8         Q    And at the top it says, 12 outbound RPC and 19
 9     outbound HCI.  Do you see that?
10         A    I do.
11         Q    And nine inbound, correct?
12         A    I see that.
13         Q    Okay.  What is the 12 outbound RPC?  What does
14     that mean?
15         A    I'm assuming that there's 12 of the phone
16     calls on this report, 12 of them were made through the
17     automated outbound dialing system.
18         Q    The RPC system?
19         A    It's the automated outbound dialing system, RPC
20     is a contact strategy.
21         Q    I'm just reading 12.  Would you agree with me 12
22     outbound?
23         A    Yeah, 12 outbound RPC.
24         Q    Okay.  And then there was 19 outbound HCI.  Do
25     you see that?
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

54

1        A     I do.

2        Q     And if you add 12 and 19 together you get what,

3     33?  Strike that.  31?

4        A     31.

5        Q     31.  So based on knowing your system, why would

6     it show 31 on the latitude that was provided by your

7     client -- your employer and then the metro PCS shows 49.

8     And if you don't have the answer, I will accept that, too.

9        A     I don't know the answer to that question.

10       Q     I'll take the seven, too.  I just want to review

11    my notes, so...

12            MR. THOMAS:  Let's go off the record.

13            (Recess from 2:03 p.m. to 2:07 p.m.)

14            MR. THOMAS:  Let's go back on the record.  I have

15    no further questions.

16                        EXAMINATION

17    BY MS. EMERY:

18       Q     Mr. Stark, Mr. Thomas asked you some questions

19    about this document which lists all the calls made by

20    Stellar to the identified cell phone number.  Are you

21    familiar, in general, how these documents are kept in the

22    normal course of business and how they're compiled.

23            MR. THOMAS:  Could you just -- what exhibit --

24            MR. READ:  It's Exhibit 15.

25       A     I'm generally familiar with this report.

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

55

```
 1       Q    (By Ms. Emery)  Is it your understanding that
 2   when a report like this is run by LiveVox, all of the calls
 3   that were made to this number are generally reflected in
 4   this document?
 5       A    Yes.
 6       Q    Okay.  Have you ever seen an instance where the
 7   call was made using a LiveVox system that wasn't later
 8   reflected on a report that lists calls made to that number?
 9       A    None that I'm familiar with.
10       Q    Can you think of any reason why Plaintiff's
11   records would differ from the records of LiveVox and
12   Stellar, with regard to the calls that were made to that
13   particular number?
14            MR. THOMAS:  I object.  They're metro PCS
15   records.
16            MS. EMERY:  Metro PCS records.
17            MR. THOMAS:  You can answer.
18       A    Outside of some technical glitch or user error,
19   there is nothing that comes to mind.
20       Q    (By Ms. Emery)  Is it safe to say that you're
21   pretty confident that this particular document reflects all
22   the calls that were made to this listed cell phone number
23   by Stellar Recovery using LiveVox?
24       A    I have no reason to suspect the accuracy of this.
25       Q    Thank you.
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

56

 1      A    Question the accuracy of this, excuse me.

 2      Q    Close enough.  How would you describe the type of

 3   call service provider that LiveVox is with regard to

 4   Stellar?  Is it safe to say that they are a hosted

 5   provider?

 6      A    We are a hosted provider, yes.

 7      Q    And how do customers like Stellar access the

 8   LiveVox software?

 9      A    Through the Internet.

10      Q    And how is that done, exactly?  What is the

11   process for them to access the software?

12      A    They go to a specific website.  Agents have one

13   URL or address they go to, managers would have another, and

14   they log in with credentials that have been provided by our

15   customer.

16      Q    Does every client go to the same website to log

17   in, or is that different?

18      A    No.  They could, generally, they do not.

19      Q    Okay.  What does the term, "human-initiated

20   dialing" mean?

21      A    It means the call was launched by direct human

22   intervention -- direct human action.

23      Q    And under the LiveVox HCI platform, what does

24   that direct human action generally consist of?

25      A    A click of the mouse or press the enter on the

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

57

1    keyboard.

2        Q    Okay.  How long has the HCI system or platform

3    been available to customers of LiveVox?

4        A    I want to say January, but I'll say first quarter

5    of 2014.

6        Q    Were you involved in the design or engineering of

7    the HCI system?

8        A    Yes.

9        Q    What was your role with regard to the design of

10   the engineering?

11       A    I was in my present role as director of product

12   management, so I would take input from all stakeholders and

13   instruct engineering on how to architect and build the

14   application.

15       Q    Is it fair to say that the architecture and the

16   development of the HCI system was a lengthy process and

17   involved a lot of input from a lot of different sources?

18       A    Certainly.

19       Q    And as I understand it, and correct me if I'm

20   wrong, HCI was actually designed and engineered to not be

21   capable of automated or predicted dialing; is that correct?

22       A    That is correct.

23       Q    What does the term "predicted dialing" mean to

24   you?

25       A    Predicted dialing generally relates to the

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

58

1    predicted algorithm used to predict the subsequent future

2    availability of an agent.

3        Q    And the HCI system is not capable of doing that;

4    is that correct?

5        A    That is absolutely correct.

6        Q    Does the HCI system include both software and

7    hardware?  Does it have both those components?

8        A    It does.

9        Q    And the software and the hardware that are

10   utilized in the HCI system, are those shared with any of

11   your other calling systems or platforms?

12       A    No.

13       Q    Then those are unique -- would it be fair to say

14   those are unique to the HCI system?

15       A    That would be an accurate statement.

16       Q    And is the HCI software different from the

17   software that's utilized by your other calling systems?

18       A    Yes.

19       Q    How is it different?

20       A    In architecture and deployment designed,

21   specifically around TCPA risk mitigation.

22       Q    Basically the system is designed to comply with

23   TCPA, is that fair to say?

24       A    That is absolutely a correct statement.

25       Q    How are the HCI calls routed?  Is it done through

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

59

1    a set of servers or some other method?

2        A    The ACD is the primary component in LiveVox.   The

3    LiveVox platform is responsible for routing calls.

4        Q    What does ACD stand for?

5        A    Automated -- or automatic call distributor.

6        Q    What -- we talked a little bit about clicker

7    agents and the role that they play in the HCI platform.

8    What information does a clicker agent have at their

9    disposal when the calls are presented to them?

10       A    They have the phone number of the customer, the

11   individual to whom the call would go out, they have their

12   phone number, they also have information related to the

13   availability of those closer agents.

14       Q    Closer agents are the ones that do the

15   communication with the consumer; is that correct?

16       A    That's correct.

17       Q    Does the clicker agent exercise any judgment when

18   launching phone calls?

19       A    They have the ability to absolutely do so based

20   on the information provided to them.

21       Q    Okay.  And when the clicker agent is logged into

22   the HCI -- do you prefer to say platform or system?

23       A    Outbound dialing system.

24       Q    So if I said the HCI blank, you would say system

25   or platform?

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

60

```
 1        A     System.
 2        Q     So when the clicker agent is logged into the HCI
 3   system, can they also be logged into another outbound
 4   dialing system?
 5        A     Absolutely not.
 6        Q     Okay.  Does the LiveVox HCI system have the
 7   ability to autodial?
 8        A     Absolutely not.
 9        Q     Does it have the ability to store or produce
10   numbers to be called using a random or sequential number
11   generator?
12        A     It has neither of those.
13              MS. EMERY:  I don't have any additional
14   questions.
15              MR. READ:  I don't have any questions.
16              MR. THOMAS:  I just have a few follow-ups.
17                          EXAMINATION
18   BY MR. THOMAS:
19        Q     The ACD, the automatic call distributor, is used
20   with the HCI, it's also used with the manual, it's used
21   with the Preview -- or the RPC, and also the automated,
22   correct?
23              MS. EMERY:  Object to the form.
24        Q     (By Mr. Thomas)  Automatic call distributor, it's
25   used with each one of these?
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

61

1        A     ACD exists outside of all the outbound dialing

2   systems.

3        Q     But each one -- go ahead.  I'm sorry.

4        A     But it -- there is and can be communication

5   between ACD and each of the outbound dialing systems.

6        Q     Right.  But you testified earlier if you took the

7   automatic call distributor out, each platform could not

8   work?

9        A     With the exception -- I believe what I stated was

10  the manual outbound dialing system, the HCI outbound

11  dialing system, the Preview-All dialing system would

12  affectively be inert without ACD.  The automated dialing

13  system could function in some limited capacity without ACD.

14       Q     Okay.  And the manual, the HCI, the Preview, each

15  one has to have the media server pool, correct?

16       A     Yes.  That's the gateway to the carriers, without

17  it calls can't go out.

18             MR. THOMAS:  I'm done.

19             MS. EMERY:  I'm done.

20             MR. READ:  Done.

21             (The deposition concluded at 2:18 p.m.)

22

23

24

25

```
 1                      REPORTER CERTIFICATE

 2          I, JOANNA L. CHAVEZ, Court Reporter, and Notary
        Public, appointed to take the deposition of
 3
                       KEVIN STARK,
 4
        certify that prior to the deposition the witness was sworn
 5      by me to tell the truth, that the deposition was taken by
        me at 2 West Dry Creek Circle, Littleton, Colorado, on
 6      June 15, 2016.

 7          I certify that the proceedings were reduced to
        typewritten form by computer-aided transcription consisting
 8      of 62 pages herein; that the foregoing is an accurate
        transcript of the proceedings.

 9          I certify that I am not related to, employed by, of
10      counsel to any party or attorney herein, nor interested in
        the outcome of this litigation.

11
            Attested to by me this 20th day of June, 2016.
12

13

14

15      _____
        JoAnna L. Chavez

16      My commission expires March 9, 2019

17

18

19

20

21

22

23

24

25
```