# Exhibit 2
Livevox, Inc.'s Architecture Diagram of Dialing Systems

