# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAKISHA T. SMITH,<br><br>                Plaintiff,<br><br>- against -<br><br>STELLAR RECOVERY, INC.; COMCAST CORPORATION; COMCAST OF DETROIT LLC,<br><br>                Defendants. | Civil Action No. 2:15-cv-11717-SJM-MKM<br><br>**ACKNOWLEDGEMENT AND ERRATA SHEET FOR DEPOSITION TRANSCRIPT OF KEVIN STARK AS DESIGNEE OF LIVEVOX, INC.** |

I, KEVIN STARK, hereby declare the following to be true under penalty of perjury:

I am the Director of Product Management for LiveVox, Inc. ("LiveVox"). I hereby certify that I have read the transcript of my testimony taken under oath in the deposition of LiveVox of June 15, 2016, in which I appeared as the corporate designee of LiveVox pursuant to Fed. R. Civ. P. 30(b)(6), that the transcript is a true, complete, and correct record of my testimony, and that the answers on the record as given by me are true and correct, to the best of my knowledge, subject to the corrections on the attached Errata Sheet.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kevin Stark

Executed on July 6, 2016

## ERRATA SHEET

*June 15, 2016 Deposition of LiveVox, Inc.*
*(by Kevin Stark pursuant to Fed. R. Civ. P. 30(b)(6))*

| Page/Line | Existing Text | Corrected Text | Reason |
|---|---|---|---|
| 20:9-10 | They click on a screen with an imagine that is depicting a phone number to be dialed, yes. | They click on a screen with an image that is depicting a phone number to be dialed, yes. | Correction |
| 28:18 | From the campaign's database. | From the campaigns database. | Correction |
| 35:16-17 | The automated dialing system, I'm comfortable saying, is a predicted dialer, yes. | The automated dialing system, I'm comfortable saying, can be used as a predictive dialer, yes. | Correction |
| 35:20-21 | As I believe I just said, the campaign's database needs to be alive and healthy, | As I believe I just said, the campaigns database needs to be alive and healthy, | Correction |
| 57:23-58:2 | Q: What does the term "predicted dialing" mean to you?<br>A: Predicted dialing relates to the predicted algorithm used to predict the subsequent future availability of an agent. | Q: What does the term "predictive dialing" mean to you?<br>A: Predictive dialing relates to the predictive algorithm used to predict the subsequent future availability of an agent. | Correction |