# Exhibit B

# VSM REPORTING, LLC



## DEPOSITION of **KEVIN STARK**

**Date:** June 15, 2016

**Case:** LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

**Reporter**: Joanna L. Chavez

VSM REPORTING, LLC
Phone: 303-979-0959
Email: vsmrpr@gmail.com
Internet: vsmreporting.com

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

2

```
 1    APPEARANCES:
 2    STEPHEN A. THOMAS
      Consumer Rights Attorney
 3    645 Griswold Street, Suite 1360
      Detroit, Michigan 48226
 4    313.965.2265
      SThomas@313965BANK.com
 5        Appearing on behalf of Plaintiff
 6    NATHANIEL P T READ
      Cohen & Gresser LLP
 7    800 Third Avenue
      New York, New York 10022
 8    212.957.7069
      nread@cohengresser.com
 9        Appearing on behalf of LiveVox, Inc.
10    ALISON EMERY
      CHELSEY PANKRATZ
11    Assurance Law Group, P.A.
      3731 Hendricks Avenue
12    Jacsonville, Florida 32207
      904.497.4904
13    alison@assurancelawgroup.com
      chelsey@assurancelawgroup.com
14        Appearing on behalf of Stellar Recovery, Inc.
15    MARK MALLAH
      Corporate Counsel LiveVox Inc.
16    450 Sansome
      San Francisco, California 94111
17    415.675.1061
      mmallah@livevox.com
18        Appearing on behalf of LiveVox via telephone
19
20
21
22
23
24
25
```

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

3

1          Pursuant to Notice and the Michigan Rules of

2     Civil Procedure, the deposition of KEVIN STARK, taken

3     by Plaintiff, was held at 2 West Dry Creek Circle,

4     Littleton, Colorado, on Thursday, June 15, 2016, at

5     12:15 p.m. before JoAnna L. Chavez, Court Reporter, and

6     Notary Public for the State of Colorado.

7

8                    TABLE OF CONTENTS

9     EXAMINATION                                    PAGES

10    By Mr. Thomas                                  4, 60

11    By Mr. Read                                      --

12    By Ms. Emery                                     54

13    By Ms. Pankratz                                  --

14    By Mr. Mallah                                    --

15    EXHIBITS                                        PAGE

16       14            Diagram of LiveVox               9

17       15            Stellar Recovery Log             8

18       16            Call Flows                       42

19    PREVIOUSLY MARKED EXHIBITS

20       5             Stellar Recovery Log            53

21       7             MetroPCS Call Details           52

22

23

24

25

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

4

1          KEVIN STARK,

2  being first duly sworn in the above cause, was examined and

3  testified as follows:

4          MR. THOMAS:  My name is attorney Stephen Thomas,

5  I represent the plaintiff in this matter, Ms. Smith.  I

6  would like everybody in the room to introduce themselves,

7  except for the court reporter, please.

8          MS. PANKRATZ:  Chelsey Pankratz for Stellar

9  Recovery.

10          MS. EMERY:  Alison Emery for Stellar Recovery.

11          MR. READ:  Nathaniel Read for LiveVox, Inc., and

12  witness, Mr. Stark.

13          MR. THOMAS:  On the telephone?

14          MR. MALLAH:  Mark Mallah from LiveVox.

15          MR. THOMAS:  Thank you all.

16          EXAMINATION

17  BY MR. THOMAS:

18      Q    You're under oath, you understand that?

19      A    Yes, sir.

20      Q    Could you state your name and spell your last

21  name for the record?

22      A    My name is Kevin Stark, S-t-a-r-k.

23      Q    And today I'm going to assume that you're not

24  under any medication, drug, or alcohol that would prevent

25  you from testifying truthfully today?

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

35

1    system to function, the campaign database would need to be

2    alive, active; the Queuer within the automated dialing

3    system would need to be up and running; the media servers

4    would need to be up and running.  ACD is not necessarily

5    required in all instances, yeah.

6         Q    Okay.  Now the automated system, that's an

7    automated-telephone-dialing system, correct?

8              MR. READ:  Objection.  Calls for a legal

9    conclusion.

10        Q    (By Mr. Thomas)  If you can, go ahead and answer.

11        A    I'm not able to answer that.

12        Q    Okay.  It's a predictive dialing, correct?

13        A    It has predictive functionality, yes.

14        Q    Has predictive functionality, which makes it a

15   predictive dialing?

16        A    The automated dialing system, I'm comfortable

17   saying, is a predicted dialer, yes.

18        Q    Okay.  So just so I'm clear, what needs to be up

19   for the HCI system to work?

20        A    As I believe I just said, the campaign's database

21   needs to be alive and healthy, the ACD needs to be alive

22   and healthy, the servers within the HCI dialing system

23   itself need to be alive and healthy, the media server pool

24   needs to be alive and healthy.

25        Q    Okay.  Now, there were no manual calls made to

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

62

REPORTER CERTIFICATE

1

2      I, JOANNA L. CHAVEZ, Court Reporter, and Notary
Public, appointed to take the deposition of

3

                    KEVIN STARK,

4

certify that prior to the deposition the witness was sworn
5  by me to tell the truth, that the deposition was taken by
me at 2 West Dry Creek Circle, Littleton, Colorado, on
6  June 15, 2016.

7      I certify that the proceedings were reduced to
typewritten form by computer-aided transcription consisting
8  of 62 pages herein; that the foregoing is an accurate
transcript of the proceedings.

9

      I certify that I am not related to, employed by, of
10  counsel to any party or attorney herein, nor interested in
the outcome of this litigation.

11

      Attested to by me this 20th day of June, 2016.

12

13

14

15      _____
       JoAnna L. Chavez

16      My commission expires March 9, 2019

17

18

19

20

21

22

23

24

25

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

63

1                    SIGNATURE OF WITNESS

2        I, KEVIN STARK, do hereby certify that I have read the
foregoing transcript in the matter of Smith v. Stellar
3    Recovery, Comcast Corporation and Comcast of Detroit
consisting of 63 pages, and that said transcript, including
4    any changes made below, constitutes a true, accurate, and
complete transcript of my testimony.

5

    Page Line      Changes              Reason for Change
6    ___  ___  _____      _____

7    ___  ___  _____      _____

8    ___  ___  _____      _____

9    ___  ___  _____      _____

10   ___  ___  _____      _____

11   ___  ___  _____      _____

12   ___  ___  _____      _____

13   ___  ___  _____      _____

14   ___  ___  _____      _____

15   ___  ___  _____      _____

16   ___  ___  _____      _____

17

18
                         _____
19                            KEVIN STARK
     Signed and sworn to before me this_____day of
20   _____, _____.

21   _____
     NOTARY PUBLIC      My commission expires_____
22

23

24

25

VSM REPORTING, LLC      vsmrpr@gmail.com      (303) 979-0959
www.vsmreporting.com   P.O. Box 271208   Littleton, CO  80127

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

64

```
 1   Page Line      Changes              Reason for Change

 2   ___  ___    _____      _____

 3   ___  ___    _____      _____

 4   ___  ___    _____      _____

 5   ___  ___    _____      _____

 6   ___  ___    _____      _____

 7   ___  ___    _____      _____

 8   ___  ___    _____      _____

 9   ___  ___    _____      _____

10   ___  ___    _____      _____

11   ___  ___    _____      _____

12   ___  ___    _____      _____

13   ___  ___    _____      _____

14   ___  ___    _____      _____

15   ___  ___    _____      _____

16   ___  ___    _____      _____

17   ___  ___    _____      _____

18

19

20                          _____

21   Signed and sworn to before me this_____ day of
                                       KEVIN STARK
22   _____, _____.

23   _____      My commission expires_____
     NOTARY PUBLIC

24

25
```

VSM REPORTING, LLC     vsmrpr@gmail.com        (303) 979-0959
www.vsmreporting.com   P.O. Box 271208    Littleton, CO  80127

DEPOSITION OF KEVIN STARK 6/15/2016
LAKISHA T. SMITH v. STELLAR RECOVERY, INC., et al.

65

1    Page Line     Changes           Reason for Change

2    ____ ____ _____    _____

3    ____ ____ _____    _____

4    ____ ____ _____    _____

5    ____ ____ _____    _____

6    ____ ____ _____    _____

7    ____ ____ _____    _____

8    ____ ____ _____    _____

9    ____ ____ _____    _____

10   ____ ____ _____    _____

11   ____ ____ _____    _____

12   ____ ____ _____    _____

13   ____ ____ _____    _____

14   ____ ____ _____    _____

15   ____ ____ _____    _____

16   ____ ____ _____    _____

17   ____ ____ _____    _____

18

19

20                                 _____
                                    KEVIN STARK

21   Signed and sworn to before me this_____ day of

22   _____, _____.

23   _____
    NOTARY PUBLIC      My commission expires_____

24

25

VSM REPORTING, LLC     vsmrpr@gmail.com      (303) 979-0959
www.vsmreporting.com   P.O. Box 271208   Littleton, CO  80127