# Exhibit 2

Livevox, Inc.'s Architecture Diagram of Dialing Systems

CONFIDENTIAL

## The LiveVox Platform
## Separate Queuer Pools

Phone calls made using manual, HCI and preview-all skills are made on separate systems that each requires human intervention for outbound dialing. Dynamic preview skills will utilize the automated Queuer.

Source: https://prezi.com/dkqmmbpbztbl/almlv-integration/# - Prezi Presentation Online

DEPOSITION EXHIBIT 14 6-25-14 JLC
PENGAD 800-631-6989

