UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lakisha T Smith,

                Plaintiff(s),

v.                                                Case No. 2:15−cv−11717−SJM−MKM
                                                Hon. Stephen J. Murphy

Stellar Recovery, Inc., et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion to Strike − #58

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by Magistrate Judge Mona K. Majzoub ***without*** oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

Motion will be decided upon by the briefs unless otherwise ordered by the Court.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                           By: s/L. Bartlett
                                                                Case Manager

Dated:   September 23, 2016