UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
Case No. 2:15-cv-11717-SJM-MKM

LAKISHA T SMITH,

Plaintiff,  Hon. Stephen J. Murphy, III
  Hon. Magistrate Mona K. Majzoub

v.

STELLAR RECOVERY, INC;
COMCAST CORPORATION;
COMCAST OF DETROIT, LLC,

 Defendant(s).
_____/

REPLY TO DEFENDANT STELLAR RECOVERY, INC'S, RESPONSE IN OPPOSITION TO AND MOTION TO STRIKE PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

 In the Pozo Case, counsel for Pozo has filed a Motion for Reconsideration, which is currently pending. See Exhibit 1. Therefore, there has been no final decision issued from another court after the close of the briefing period the instant case.

## CONCLUSION

 For the foregoing reasons as well as those reasons outlined in PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY, Plaintiff Smith respectfully requests that this Court strike the SUPPLEMENTAL AUTHORITY.

1

                                                Respectfully submitted,

Dated: October 4, 2016                /s/ Stephen A. Thomas
                                                STEPHEN A. THOMAS P43260
                                                 Attorney for Plaintiff
                                                 645 Griswold St., Suite 1360
                                                 Detroit, Michigan 48226
                                                 313-965-2265
                                                 SThomas@313965bank.com

                                      Certificate of Service

     I, Stephen A. Thomas, hereby state that on October 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

                                                  /s/ Stephen A. Thomas
Dated: October 4, 2016                STEPHEN A. THOMAS P43260
                                                 Attorney for Plaintiff