# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LAKISHA T. SMITH, | CASE NO.:   2:15-cv-11717-SJM-MKM |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| | Hon. Magistrate Mona K. Majzoub |
| v. | |
| STELLAR RECOVERY, INC. and COMCAST CORPORATION, and COMCAST OF DETROIT, LLC, | |
| Defendants. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having resolved all matters in controversy, including any and all claims for attorneys' fees and costs in this case, the parties jointly stipulate to a Dismissal with Prejudice of this action.

Dated: This 24th day of August, 2018        Respectfully Submitted,

*/s/ Stephen A. Thomas (with consent)*        */s/ Alison N. Emery*_____
**STEPHEN A. THOMAS, ESQ.**        **ALISON N. EMERY, ESQ.**
*Counsel for Plaintiff*        *Counsel for Defendants*
645 Griswold St., Suite 1360        3731 Hendricks Ave.
Detroit, MI 48226        Jacksonville, FL 32207
Phone: (313) 965-2265        Phone: (904) 497-4904
sthomas@313965bank.com        alison@assurancelawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing has been filed with the Clerk of Court via CM/ECF and is being served on all counsel of record via email on this 24th day of August, 2018.

      Respectfully submitted,

*/s/ Alison N. Emery*
Alison N. Emery