UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAKISHA T. SMITH,

          Plaintiff,

v.

STELLAR RECOVERY, INC. and
COMCAST CORPORATION and
COMCAST OF DETROIT, LLC,

          Defendant.

_____/

Case No. 15-cv-11717

HON. STEPHEN J. MURPHY, III

## STIPULATED ORDER DISCHARGING SHOW CAUSE ORDER [104]

On June 19, 2018 this Court entered a show cause order, ECF 104, against Defendant Stellar Recovery, Inc. and its attorneys Alison Emery and Steven Siman. Stellar was directed to show cause why a default judgment should not be entered against it for Plaintiff's attorneys fees in the underlying action due to Stellar's failure to send a representative to the court-ordered settlement conference on May 30, 2018, on the matter of Plaintiff's attorneys fees. In addition, Stellar and attorneys Emery and Siman were directed to show cause for the filing of Motions to Withdraw which the Court had reason to believe were frivolous and/or filed for an improper purpose. Stellar and attorneys Emery and Siman filed responses to the Show Cause Order, ECF 106, 107, 108, and a hearing was held on the issues on August 1, 2018. Having heard arguments of counsel at the hearing, and having been advised that the Plaintiff's attorneys fee claim has been settled, this Court is satisfied that the issues are satisfactorily resolved and that the Court's show cause order, ECF 104, should be discharged.

1

**WHEREFORE** it is hereby **ORDERED** that the Court's show cause order of June 19, 2018 [104] is **DISCHARGED**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 24, 2018

STIPULATED AND AGREED BY:

Dated: August 23, 2018

/s/ Stephen A. Thomas (with consent)          /s/ Alison N. Emery
**STEPHEN A. THOMAS, ESQ.**                    **ALISON N. EMERY, ESQ.**
*Counsel for Plaintiff*                         *Counsel for Defendants*
645 Griswold St., Suite 1360                    3731 Hendricks Ave.
Detroit, MI 48226                               Jacksonville, FL 32207
Phone: (313) 965-2265                           Phone: (904) 497-4904
sthomas@313965bank.com                          alison@assurancelawgroup.com

2